# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON<br>CDC #J-62763,<br><br>                        Plaintiff,<br><br>vs.<br><br>R. J. DONOVAN CORRECTIONAL<br>FACILITY,<br><br>                        Defendant. | Civil No.   06-1502 W (LSP)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEES PURSUANT TO 28 U.S.C. § 1914(a) AND/OR MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |

Carlos Hendon ("Plaintiff"), a state inmate currently incarcerated at California State Prison in Represa, California, and proceeding pro se, filed this civil action on July 31, 2006. This case has been referred to the Honorable Leo S. Papas, Magistrate Judge, pursuant to Local Rule 72.3, "Assignment of § 1983 Prisoner Civil Cases to United States Magistrate Judges" and 28 U.S.C. § 636(b)(1).

**I.    Failure to Pay Filing Fee or Request IFP Status**

Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only

1  if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C.
2  § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Here, Plaintiff has
3  neither prepaid the $350 filing fee required to commence this action, nor has he submitted a
4  Motion to Proceed IFP. Therefore, this action is subject to immediate dismissal pursuant to
5  28 U.S.C. § 1914(a).

**II.  Plaintiff's Request for Pre-Complaint Discovery**

Pursuant to Federal Rules of Civil Procedure 27, Plaintiff seeks an Order from this Court permitting him to "depose several prison employees from the prison at which he has been incarcerated during the relevant time periods, Donovan State Prison." *See* Pl.'s Notice at 1. However, Plaintiff has failed to comply with two specific Rule 27 provisions. First, Plaintiff must identify both the "facts which the petitioner desires to establish by the proposed testimony," as well as "the names or a description of the persons the petitioner expects to be adverse parties and their addresses so far as known." *See* FED.R.CIV.P. 27. Plaintiff's request is woefully inadequate with regard to these two pleading requirements. Plaintiff states that he wishes to depose "several prison employees" and "these depositions are necessary to litigate Petitioner's potential claim that he was assaulted." *See* Pl.'s Notice at 1-2. These statements are insufficient under Rule 27. Plaintiff fails to make any effort to specifically identify potential defendants and his claim is vague and ambiguous. Moreover, Plaintiff has not provided notice to any potential adverse party as required by FED.R.CIV.P. 27(a)(2). Accordingly, Plaintiff's request to take the deposition of unnamed parties is DENIED.

**III.  Conclusion and Order**

For the reasons set forth above, the Court hereby:

(1)  **DENIES** Plaintiff's Request for Discovery pursuant to FED.R.CIV.P. 27; and

(2)  **DISMISSES** this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(3)  **GRANTS** Plaintiff forty-five (45) days leave from the date this Order is stamped "Filed" to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file the

K:\COMMON\CHMB_WHE\_Orders to be signed\Order to Dismiss Action for Failure to Pay Filing Fees.wpd

1  attached "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*" which
2  includes a certified copy of his trust account statement for the 6-month period preceding the
3  filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and S.D. CAL. CIVLR 3.2(b). If
4  Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the attached
5  Motion to Proceed IFP within that time, this action shall remain dismissed without prejudice
6  and without further Order of the Court.

7      (4)  The Clerk of the Court is directed to mail Plaintiff a form § 1983 Complaint,
8  form Motion to Proceed *In Forma Pauperis*, as well as a copy of this Order.

9  **IT IS SO ORDERED.**

11  DATED: September 21, 2006

                                                Hon. Thomas J. Whelan
                                                United States District Judge

K:\COMMON\CHMB_WHE\_Orders to be signed\Order to Dismiss Action for Failure to Pay Filing Fees.wpd